

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00025-CR

BRENT WAYNE CAGLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR17-213

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Brent Wayne Cagle has filed a motion to dismiss this appeal.  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:      February 18, 2020
Date Decided:       February 19, 2020

Do Not Publish